The State v. Huddleston, *Appellant.*

**Practice, Criminal**: PROSECUTION OF MISDEMEANORS.   A conviction for a misdemeanor upon an affidavit filed by a private person alone, and without an information of the prosecuting attorney, is illegal and void.   Sess. Acts 1877, p. 355, § 6.

*Error to Oregon Circuit Court.*—Hon. J. R. Woodside, Judge.

REVERSED.

*L. B. Woodside* for plaintiff in error.

*D. H. McIntyre,* Attorney General, for the State.

Hough, J.—At the May term, 1878, of the Oregon

circuit court, the defendant was tried and convicted upon an affidavit, made by a private person, charging him with unlawfully and willfully disturbing the peace of a school. No information was filed by the prosecuting attorney, based upon said affidavit, as provided by the law then in force, (Acts 1877, p. 355, § 6,) and the conviction was, therefore, illegal and void. The judgment will be reversed. The other judges concur.